# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Elitha Brown-Bey,

Plaintiff(s),

v.

Robert E Senechalle et al,

Defendant(s).

Case No. 23 cv 517
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: On 1/27/2023, after the Court reviewed plaintiff's complaint, the Court then entered an order dismissing the complaint without prejudice giving plaintiff leave to amend by 2/10/2023 7 . As of the date of this order, plaintiff has failed to file an amended complaint. This matter is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman.

Date: 3/2/2023

Thomas G. Bruton, Clerk of Court

Yvette Montanez , Deputy Clerk